■ Douglas J. Emerson et al., Appellants, v Stanley Stout et al., Constituting the Zoning Board of Appeals of the Town of Benton, et al., Respondents.—Judgment unanimously affirmed without costs for reasons stated at Special Term, DePasquale, J. (Appeal from judgment of Supreme Court, Yates County, DePasquale, J.—art 78.) Present—Dillon, P. J., Callahan, Denman, Green and Davis, JJ.